# Order

Michigan Supreme Court
Lansing, Michigan

March 16, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142457

KEVIN EDWARD WOODS,

　　　　Plaintiff-Appellant,

v                                                           SC:  142457
                                                            CoA:  299981
TWENTY THIRD CIRCUIT COURT ADMINISTRATOR,

　　　　Defendant-Appellee.
_____

　　　　On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of January 31, 2011, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 16, 2011

jam

_____
Clerk